ACCEPTED
12-15-00117-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/17/2015 4:23:14 PM
CATHY LUSK
CLERK

No. 12-15-00117-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
AT TYLER

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/17/2015 4:23:14 PM

CATHY S. LUSK
Clerk

SOUTHERN METHODIST UNIVERSITY                               **Appellant**

**V.**

RIO BRAZOS ENERGY CO.                                      **Appellee**

---

On Appeal from the 294th District Court
of Van Zandt County, Texas
Cause No. 10-0927

---

## AGREED MOTION TO SET ASIDE THE TRIAL COURT'S JUDGMENT

All the parties to this cause, by agreement, jointly move that the trial court's judgment be set aside without regard to the merits and the case be remanded to the trial court for rendition of judgment in accordance with the agreement set out below:

> The trial court will be requested will be requested to sign and enter granting a nonsuit with prejudice of all claims and counterclaims with costs against incurring same. (the party) (pH)

Respectfully submitted,

By: _____
Joe Bailey Hyden
Attorney for Appellant/Defendant Southern Methodist University
GUITTARD & HYDEN, P.C.
1330 Tower Energy Square
4849 Greenville Avenue
Dallas, Texas 75206
Tel. (214) 692-7866
Fax. (214) 692-7897
Texas Bar No. 10373000
Email: joehyden@hotmail.com

AGREED MOTION TO SET ASIDE THE TRIAL COURT'S JUDGMENT

Respectfully submitted,

By: _____
R. Paul Elliott
Attorney for Appellee Plaintiff Rio Brazos Energy Co.
R. PAUL ELLIOTT, ATTORNEY AT LAW, P.C.
301 S. Main Street
Canton, Texas 75103
Tel. (903) 567-4141
Fax. (903) 567-6228
Texas Bar No. 24008606
Email: rpe@elilaw.com

AGREED MOTION TO SET ASIDE THE TRIAL COURT'S JUDGMENT